"Defendant's attack on the default order was because it was void. Consequently, we do not consider the proceedings below as a Section 72 petition * * *."

As a result we reverse the orders appealed from, quash the purported return of service, vacate the default judgment and remand the cause for further proceedings consistent with the views herein expressed.

Orders reversed, purported service quashed, default judgment vacated and cause remanded.

BURKE, P. J., and EGAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT L. DAVIS, Defendant-Appellant.

(Nos. 57722-57723 cons.; ▮▮▮▮▮▮▮▮▮▮)

First District (1st Division)—May 21, 1973.

PER CURIAM.
BURKE, P. J., took no part.

Paul Bradley and Gordon H. Berry, both of Defender Project, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.